IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELINA ULBATA,

    Plaintiff,                        No. CIV S-09-722 JAM KJM

    vs.

WELLS FARGO BANK, et al.,

    Defendants.                    ORDER

_____/

        Defendants' motions to dismiss came on regularly for hearing June 17, 2009. Richard Taguinod appeared for plaintiff. Lawrence Harris appeared telephonically for defendant WMC Mortgage. Joshua Abel appeared for defendants Barclays Capital Real Estate, Inc. dba Homeq Servicing and Wells Fargo Bank. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        The defendants appearing at hearing have moved to dismiss. Counsel for plaintiff has requested leave to file an amended complaint. Because plaintiff was previously proceeding pro se, in the interests of justice, it appears that leave to amend is appropriate. Filing of the amended complaint moots the motions to dismiss, which will therefore be denied without prejudice.

1

This matter initially was referred to the Magistrate Judge for pretrial management because plaintiff was proceeding pro se. Plaintiff is now represented by counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The motions to dismiss are denied without prejudice.

2. An amended complaint shall be filed within thirty days.

3. This matter is referred back to the District Judge assigned to this action.

4. All dates pending before the undersigned are vacated.

5. Henceforth the caption on documents filed in this action shall be CIV S-09-722 JAM KJM.

DATED: June 17, 2009.

_____
U.S. MAGISTRATE JUDGE

006
ulbata.oah

2