IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angeline F. Ulbata,<br><br>           Plaintiff,<br><br>      v.<br><br>Wells Fargo Bank N.A., WMC Mortgage Corporation, Homeq Servicing Corporation, T.D. Services Company, Inc., Barclays Capital Real Estate dba Homeq Servicing,<br><br>           Defendants.<br>_____/ | Case No. 09-CV-00722-JAM-KJM<br><br><u>ORDER GRANTING DEFENDANT'S<br>    MOTION TO DISMISS</u> |

   This matter comes before the Court on Defendant WMC Mortgage Corporation's ("Defendant's") Motion to Dismiss, Docket#24, Plaintiff Angeline F. Ulbata's ("Plaintiff's") First Amended Complaint, Docket #22, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff

does not oppose the motion.[1] Defendant's request for Judicial Notice is granted. Docket #25. After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss, pursuant to Rule 12(b)(6) is GRANTED WITH PREJUDICE.

   IT IS SO ORDERED.

Dated:   September 30, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).