IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINE F. ULBATA,<br><br>        Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK N.A., BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, MORTGAGE REGISTRATION SYSTEMS, INC., WMC MORTGAGE CORP. and T.D. SERVICE COMPANY, and DOES 1-100, Inclusive,<br><br>        Defendants.<br>_____/ | Case No. 09-722 JAM-KJM<br><br><u>ORDER GRANTING DEFENDANTS'</u><br><u>     MOTION TO DISMISS</u> |

This matter comes before the Court on Defendants Barclays Capital Real Estate, Inc. dba Homeq Servicing, Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.s' (erroneously sued as Mortgage Registration Systems, Inc.) (collectively "Defendant's") Motion to Dismiss, Plaintiff Angeline F. Ulbata's ("Plaintiff's") First Amended Complaint,

1

for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants also bring a Motion to Strike. Plaintiff does not oppose either motion.[1] Defendants' request for Judicial Notice is granted.  After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED WITH PREJUDICE.[2]

    IT IS SO ORDERED.

Dated: November 4, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).
[2] Because the Court is granting the motion to dismiss with prejudice, the motion to strike is moot.